**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

March 11, 2024

MEMORANDUM TO COUNSEL

Re:   *United States of America v. Clifford Anthony Clarkson*,
      Criminal No. CCB-10-094

Dear Counsel:

On August 4, 2010, Clifford Clarkson pled guilty to receipt of child pornography (Count 2) and unlawful possession of a firearm (Count 4) and was immediately sentenced pursuant to a Rule 11(c)(1)(C) plea agreement to concurrent terms of 72 months incarceration on each count to be followed by a lifetime of supervised release on Count 2 and three years on Count 4 (ECF 18). Supervision began on June 17, 2015.

On May 21, 2023, through counsel, Clarkson filed a motion for early termination of supervised release (ECF 25). No response has been filed.

The court now requests the government to enter an appearance and file a response by April 19, 2024.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,


/S/

Catherine C. Blake
United States District Judge
